STATE OF NORTH CAROLINA v. ROGER LEE GARDNER

No. 179A87

(Filed 7 October 1987)

DEFENDANT appeals as a matter of right, pursuant to N.C. G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 84 N.C. App. 616, 353 S.E. 2d 662 (1987), finding no error in the judgment entered by *Long, J.*, on 21 November 1985 in Superior Court, GUILFORD County. Heard in the Supreme Court 11 September 1987.

*Lacy H. Thornburg, Attorney General, by Sylvia Thibaut, Assistant Attorney General, for the State.*

*Ferguson, Stein, Watt, Wallas & Adkins, P.A., by Adam Stein, for defendant-appellant.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.